IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**RIO MAR ASSOCIATES LP, SE.,**
**Plaintiff**

v.                                                                         CIVIL NO. 04-2082(DRD)

**RIO MAR DEVELOPMENT CORP.,**
**Defendant**

ORDER

| MOTION | RULING |
|---|---|
| **Date** <br> **Filed:** 08/17/05                    **Docket #6** <br> [X] **Plff**                                          [] **Deft** <br> [ ] **Other** <br><br> **Title:** Notice of Voluntary Dismissal, Without Prejudice, Pursuant to Fed.R.Civ.P. 41(a)(1)(i) | **GRANTED**. Because plaintiff, Rio Mar Associates L.P., S.E., has appeared and requested the voluntary dismissal without prejudice against defendant, Rio Mar Development Corp., the Court hereby **grants** their request, pursuant to Fed.R.Civ.P. 41(a)(1)(i). **Judgment** shall be entered accordingly. **THIS CASE IS CLOSED FOR ALL STATISTICAL PURPOSES.** |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 17th day of August 2005.

                                                                    S/DANIEL R. DOMINGUEZ
                                                                    DANIEL R. DOMINGUEZ
                                                                    U.S. DISTRICT JUDGE